**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RIOVONNI BRYANT, BRANDON MCKINNEY, EMILY PADILLA, and AZAREL TUTMAN, individually and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>UNIFI AVIATION, LLC,<br><br>Defendant. | )<br>)<br>) Civil Action No. 1:24-cv-04141-AT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF GREGORY O'DONOGHUE

Gregory O'Donoghue, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am the Manager of Human Resources Technology for Unifi Aviation, LLC, formerly known as DAL Global Services, LLC ("Unifi"). I have access to Unifi's business records pertaining to documents executed by newly hired employees, including documents executed by Plaintiffs Riovonni Bryant ("Bryant"), Brandon McKinney ("McKinney"), and Azareal Tutman's ("Tutman") (collectively "Plaintiffs"). These records are kept by Unifi in the ordinary course of its business, made at or near the time of the events which they reflect, from information provided or transmitted by a person with knowledge and under a duty to enter accurate information, and are of the type which Unifi regularly maintains. Based on my review of those records, I have personal knowledge of and am competent to testify as to all matters stated in this Declaration.

2. Prior to June 6, 2022, Unifi required all newly hired employees to complete its on-boarding process through a third-party digital portal called UKG, formerly known as UltiPro ("UltiPro"). During Plaintiffs' onboarding processes, each was required to review and assent to various Unifi policies through UltiPro.

3. Through UltiPro, employees, including Plaintiffs, are provided a link that is sent to their personal email address by which they can access UltiPro. Included in this system are on-boarding documents, one of which is a Mutual Arbitration Agreement (the "Agreement"), which new employees are required to review before agreeing to the terms contained in the Agreement. A true and accurate copy of the Agreement is attached to this Declaration as Exhibit 1.

4. Upon an employee's first login to UltiPro, the employee is prompted to create a password. The password can be set and changed only by the employee. Unifi has no direct access to, and cannot see, the password, and it can only temporarily reset an employee's password upon the employee's request.

5. Employees must use their UltiPro login information to login to UltiPro to review the various on-boarding documents, including the Agreement. Each employee is required to scroll through the entirety of the Agreement before they sign it.

6. Unifi maintains the underlying metadata created when an employee first logs in to UltiPro. This metadata captures the time the user logged in, the username utilized by the employee to set up the account, the IP address of the user, and the unique User ID assigned to each individual employee. A true and accurate copy of the metadata related to the UltiPro accounts of Bryant, McKinney, and Tutman is attached to this Declaration and incorporated herein as Exhibit 2.

7. Upon Bryant's first login to the system, Bryant created an account on UltiPro using the email address briovonni@yahoo.com. Bryant further created a password that could have been set or changed only by Bryant. See Exhibit 2.

8. Upon McKinney's first login to the system, McKinney created an account on UltiPro using the email address mckinneybrandon58@gmail.com. McKinney further created a password that could have been set or changed only by McKinney. See Exhibit 2.

9. Upon Tutman's first login to the system, Tutman created an account on UltiPro using the email address TutmanAzarel@gmail.com. Tutman further created a password that could have been set or changed only by Tutman. See Exhibit 2.

10. Unifi also maintains underlying metadata from an employees' on-boarding process, which shows which documents have been reviewed, acknowledged, and assented to. These documents include the Agreement, a Voluntary Self-Identification of Disability Form, Employment Handbook, benefits information, an electronic I-9, and federal and state tax forms. Attached to this Declaration and incorporated herein as Exhibit 3 is a true and accurate screen print listing the documents acknowledged and/or signed by Bryant, McKinney, and Tutman during their respective on-boarding processes.

11. On October 25, 2021, Bryant reviewed and electronically signed the Agreement, along with the additional on-boarding documents. See Exhibit 3.

12. On October 11, 2021, McKinney reviewed and electronically signed the Agreement, along with the additional on-boarding documents. See Exhibit 3.

13. On April 13, 2022, Tutman reviewed and electronically signed the Agreement, along with the additional on-boarding documents. See Exhibit 3.

I declare under penalty of perjury under the laws of the United States and the State of Georgia that the foregoing is true and correct.

Executed this _____9th_____ day of October, 2024.

_____
Gregory O'Donoghue

EXHIBIT 1

# MUTUAL ARBITRATION AGREEMENT

DAL Global Services, LLC dba Unifi (the "**Company**") and I, the undersigned employee, desire to resolve fairly and quickly any and all covered disputes, including existing, currently pending, and/or future disputes or claims, between the parties as set forth below, including but not limited to those arising from and/or relating in any way to any aspect of my hiring, my employment, and/or the severance of my employment. In consideration of the binding mutual agreement of the parties to arbitrate claims between us, mutual waiver of rights contained in this agreement, my employment and/or continued employment with the Company, and the other mutual promises and agreements set forth herein, the Company and I agree as follows:

1.   Mandatory Arbitration.  Final and binding arbitration before a single, neutral arbitrator shall be the exclusive remedy for any "Covered Claim" (as that term is hereinafter defined). Arbitration will occur in the county where I was most recently employed by the Company, unless the parties agree otherwise. Arbitration will be conducted pursuant to the JAMS Employment Arbitration Rules and Mediation Procedures and the JAMS Policy on Employment Arbitration Minimum Standards of Procedural Fairness, if applicable, in effect on the date this agreement is signed (the "**JAMS Rules**"), except as expressly set forth herein or where such rules are not in compliance with applicable state or federal law. A copy of the JAMS Rules is available for review through the Company by submitting a request to Human Resources or the Legal Department, by contacting JAMS at telephone number 800-352-5267, or at JAMS' website (www.jamsadr.com). Should any party refuse or neglect to appear for, or participate in, the arbitration hearing, the arbitrator shall have the authority to decide the dispute based upon the evidence presented. The arbitrator's written decision shall (i) issue within thirty (30) days of the conclusion of evidence, (ii) state the reasons to support the decision, and (iii) be based on governing law and evidence cited.

2.   Covered Claims.  A "**Covered Claim**" is any existing, currently pending, and/or future claim (except a claim that by law is non-arbitrable) that has arisen or arises between me, any third-party for which I pursue a claim, including but not limited to an individual, entity, and/or a state or federal agency, and the Company, its past, present, and future parent(s), subsidiaries, affiliates, and/or their respective past, present, and future officers, directors, and/or employees, including but not limited to claims arising from and/or relating in any way to my hiring, my employment with, and/or the severance of my employment with, the Company, to the full extent permitted by law. This agreement applies to successor entities without the need for a formal assignment by the Company. This agreement includes any Covered Claim brought against a third-party, including but not limited to any client(s) and/or vendor(s) of the Company, and this provision can be enforced by any such third-party through a motion to compel arbitration, to the extent necessary. Covered Claims are governed by this agreement regardless of whether they have already accrued or will accrue in the future.

Covered Claims include, but are not limited to, any claim for breach of contract (express or implied, written or oral), for any violation of any provision of state equal employment law or state labor code or regulation or a wage order, for unpaid fees, expenses, wages, or overtime, for unpaid compensation or penalties for missed meal or rest breaks, for wrongful termination, for unfair competition, for discrimination, harassment, or unlawful retaliation, for claims for statutory damages, for violation of the Fair Labor Standards Act, federal or state Equal Pay Act,

the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Workers Adjustment and Retraining Notification Act, Title VII of the Civil Rights Act of 1964, or any other applicable federal, state, or local laws, to the full extent permitted by applicable law.

3. <u>Claims Not Covered.</u>  Covered Claims do not include claims for workers' compensation, unemployment compensation benefits, disputes covered by a collective bargaining agreement, claims for employee benefits covered by the Employee Retirement Income Securities Act ("**ERISA Plan**"), claims that are not arbitrable as a matter of law, or claims that cannot be arbitrated on an individual basis as a matter of law.

Nothing in this agreement precludes me from filing a charge or from participating in an administrative investigation of a charge before an appropriate government commission, body, or agency, be it federal, state, or local.  Similarly, this agreement does not preclude the parties from conciliating any charge pending before an appropriate government commission, body, or agency.

4. <u>Time for Demanding Arbitration</u>.  Any demand for arbitration of a Covered Claim will be timely only if submitted in writing within the applicable statute of limitations or charge filing deadline under applicable law. Failure to do so constitutes a waiver to raise that claim in any forum.  The filing of a charge or complaint with a government agency shall not substitute for or extend the time for submitting a demand for arbitration.

5. <u>Initiating Arbitration.</u>  To initiate arbitration, the initiating party must submit a written demand ("**Demand**") to the party alleged to be liable in the dispute, at the addresses provided in Section 13 of this agreement. The Demand must also be submitted to JAMS along with the JAMS Filing Fee, defined in Section 7 of this agreement. The Demand must (i) be in writing, (ii) contain a statement of the specific claim to be arbitrated, including but not limited to, a detailed description of the alleged claim, the statutory or other basis for the claim(s), and the requested remedy or remedies, (iii) be submitted within the time period required under the applicable statute of limitations, and (iv) be initiated in accordance with the JAMS Rules.

6. <u>Waiver of Jury and Bench Trial; Waiver of Class Action and Representative Action Claims.</u>  As to any Covered Claim, each party waives to the maximum extent permitted by law the right to jury trial and to bench trial, and the right to bring, maintain, or participate in any class, collective, or representative proceeding, whether in arbitration or otherwise.  Further, all Covered Claims must be brought in the individual capacity of the party asserting the claim and cannot be maintained on a class, collective, or representative basis, to the full extent permitted by applicable law.  The arbitrator does not have the authority to consider, certify, or hear an arbitration as a class action, collective action, or any other type of representative action. Either party may seek interim, temporary injunctive, or similar relief from a court as permitted by applicable law.

7. <u>Arbitration Fees and Costs.</u>  If I initiate arbitration, I will be required to pay to JAMS only the lesser of JAMS' standard filing fee or an amount equivalent to the current filing fee applicable in the court that would otherwise have jurisdiction over the claim(s) being arbitrated (the "**JAMS Filing Fee**") and the Company will pay any differential between the JAMS Filing Fee and the JAMS standard filing fee.  The Company will pay all other fees and costs of JAMS and the arbitrator.  The parties shall pay their own attorneys' fees and litigation

costs associated with the arbitration, except as required by applicable state or federal law or under any applicable contract between the parties.

8. <u>Substantive Law.</u>  The arbitrator shall apply (i) the substantive law (and the laws of remedies, if applicable) of the state in which the claim arose, or federal law, or both, as applicable to the Covered Claims, (ii) the Federal Rules of Evidence, and (iii) the Federal Rules of Civil Procedure regarding motions and discovery.  The arbitrator is without jurisdiction to apply any different substantive law or law of remedies.  The arbitrator can order the same individual remedies that a judge could in a court of law, including injunctive relief, and has the authority to consider motions to dismiss and motions for summary judgment/summary adjudication.

9. <u>Arbitrator Selection</u>.  The parties agree that the arbitrator must be either a former judge or a currently-licensed attorney.  If the parties cannot agree on an arbitrator, the JAMS Rules will govern selection.

10. <u>Governing Law.</u>  The agreement to arbitrate claims shall be governed in accordance with the Federal Arbitration Act ("**FAA**").  If for any reason the FAA is held inapplicable to a question concerning this agreement, then the State of Georgia's law shall apply.

11. <u>Complete Agreement.</u>  This is the complete agreement of the parties on the subject of arbitration of Covered Claims.  This agreement supersedes any prior or contemporaneous oral or written understanding on the subject.  No party is relying on any representations, oral or written, about the effect, enforceability, or meaning of this agreement, except as specifically set forth in this agreement.  This agreement can be modified only by a writing both parties sign, stating the intent to revoke or modify this agreement.  The arbitrator, and not any federal, state, local court, or government agency, shall have exclusive authority to resolve any and all disputes regarding the validity, interpretation, applicability, enforceability, or formation of this agreement, including but not limited to the arbitrability of any claims, notwithstanding anything to the contrary in the JAMS Rules, to the full extent permissible by applicable law.

12. <u>Confidentiality.</u>  Privacy and confidentiality are important aspects of arbitration.  Only parties, their representatives, witnesses, and necessary administrative staff of the arbitration forum may attend the hearing.  The arbitrator may exclude any non-party from any part of the hearing.

To protect the confidentiality of proprietary information, trade secrets, or other sensitive information, the parties shall maintain the confidential nature of the arbitration proceeding and the award.  The parties agree that any information related to the proceeding, such as documents produced, filings, witness statements or testimony, expert reports and hearing transcripts, is confidential information that shall not be disclosed, except as may be necessary to prepare for or conduct the arbitration hearing on the merits, or except as may be necessary in connection with a court application for a preliminary remedy, a judicial challenge to an award or its enforcement, or unless otherwise required by law or judicial decision by reason of this section.

13. <u>Notice.</u> Any notice required under this agreement, including submission of the written Demand required in Section 5, shall be made as follows: Notice to the Company must be delivered to 980 Virginia Ave, Dept. 937, Atlanta, Georgia 30354, ATTN: Legal Department. Notice to me must be delivered to the last known address recorded in my personnel records, unless I have otherwise informed the Company of an alternative address.

14. <u>Severability.</u> If any provision of this agreement is found to be void or otherwise unenforceable by the arbitrator, in whole or in part, such ruling shall not affect the validity of the remainder of the agreement. Notwithstanding the foregoing, if the arbitrator finds that the provision concerning the waiver of a class, representative, and/or collective action is not enforceable as to one or more claims, only claims that the arbitrator finds can be arbitrated on an individual basis shall be arbitrable under this agreement and any remaining Covered Claims must be pursued in court. Further, in any instance where there are both arbitrable and non-arbitrable claims between the parties, the parties agree that the arbitrable claims shall be resolved first and litigation of the non-arbitrable claims shall be stayed until the arbitrable claims have been resolved fully and completely.

15. <u>Employment At Will.</u> This agreement is not, and shall not be construed to create, a contract of employment, express or implied, nor does this agreement in any way alter the "at-will" status of my employment. Both the Company and I understand that we can terminate our employment relationship at any time, with or without cause, with or without notice.

I KNOWINGLY AND VOLUNTARILY WAIVE FOR ANY COVERED CLAIM THE RIGHT TO CLASS, COLLECTIVE, AND REPRESENTATIVE PROCEDURES AND THE RIGHT TO TRIAL BY JURY OR JUDGE, TO THE FULL EXTENT PERMITTED BY APPLICABLE LAW. I RETAIN ALL OTHER RIGHTS, INCLUDING MY RIGHT TO COUNSEL, TO CALL AND CROSS-EXAMINE WITNESSES, AND TO HAVE MY CLAIMS ADDRESSED BY AN IMPARTIAL FACT FINDER. I ACKNOWLEDGE THAT I AM HEREBY ADVISED TO SEEK LEGAL ADVICE AS TO MY RIGHTS AND RESPONSIBILITIES UNDER THIS AGREEMENT AND HAVE AVAILED MYSELF OF THE ADVICE OF COUNSEL TO THE EXTENT I WISH TO DO SO.

I ACKNOWLEDGE THAT I (1) HAVE CAREFULLY READ THIS AGREEMENT, (2) HAVE HAD THE OPPORTUNITY TO CONSULT WITH LEGAL COUNSEL AND HAVE DONE SO TO THE FULL EXTENT THAT I DESIRE, (3) HAVE HAD THE OPPORTUNITY TO AND HAVE NEGOTIATED THE TERMS AND CONDITIONS OF THIS AGREEMENT, AND (4) UNDERSTAND THE TERMS AND CONDITIONS OF THIS AGREEMENT.

**DAL Global Services, LLC dba Unifi**

By: _____

Name: Archana Arcot

Title: Chief People Officer

**Employee:** _____

Signature: _____

Date:

EXHIBIT 2

| SAVED (UTC) | USER ID | IP ADDRESS | USERNAME | USER | Consentee ID | Consentee Name | Consentee Role | AREA | Consent Last Updated Date | Consent Title | Consent Version | Language | ACTION | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/2021 16:57 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Bryant | Employee | E-Signature | 6/12/2016 19:00 -05:00 | Electronic Signature | CEE0002 | English (USA) | Consented | 10/25/2021 -04:00 |
| 10/11/2021 14:15 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@ | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon McKinne | Employee | E-Signature | 6/12/2016 19:00 -05:00 | Electronic Signature | CEE0002 | English (USA) | Consented | 10/11/2021 -04:00 |
| 4/13/2022 16:44 | f64667c1-c5d8-4059-925a-bf109c6f9842 | 172.58.175.32 | TutmanAzarael@gmail | Azareal Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azareal Tutman | Employee | E-Signature | 6/12/2016 19:00 -05:00 | Electronic Signature | CEE0002 | English (USA) | Consented | 4/13/2022 -04:00 |

| SAVED (UTC) | USER ID | IP ADDRESS | USERNAME | USER | NEW HIRE ID | NEW HIRE | AREA | ACTION | FIELD | PREVIOUS | UPDATED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/2021 17:04 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Policies & Documents | Acknowledged | New Hire Benefits Enrollment Information | | 10/25/2021 13:04:04 -04:00 |
| 10/25/2021 17:03 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Policies & Documents | Viewed | New Hire Benefits Enrollment Information | | 10/25/2021 13:03:55 -04:00 |
| 10/25/2021 17:03 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Policies & Documents | Signed | Arbitration Agreement | | Riovonni Avonte Bryant |
| 10/25/2021 17:03 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Policies & Documents | Viewed | Arbitration Agreement | | 10/25/2021 13:03:39 -04:00 |
| 10/25/2021 17:03 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Policies & Documents | Acknowledged | Unifi 2021 Benefits Guide | | 10/25/2021 13:03:37 -04:00 |
| 10/25/2021 17:02 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Policies & Documents | Viewed | Unifi 2021 Benefits Guide | | 10/25/2021 13:02:59 -04:00 |
| 10/25/2021 17:02 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Policies & Documents | Acknowledged | DGS 2021 Benefits Contact Information | | 10/25/2021 13:02:53 -04:00 |
| 10/25/2021 17:02 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Policies & Documents | Acknowledged | Employment Eligibility - I-9 and WOTC | | 10/25/2021 13:02:51 -04:00 |
| 10/25/2021 17:02 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Policies & Documents | Viewed | Employment Eligibility - I-9 and WOTC | | 10/25/2021 13:02:27 -04:00 |
| 10/25/2021 17:02 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Policies & Documents | Viewed | DGS 2021 Benefits Contact Information | | 10/25/2021 13:02:18 -04:00 |
| 10/25/2021 17:02 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Policies & Documents | Acknowledged | DGS EE Handbook | | 10/25/2021 13:02:14 -04:00 |
| 10/25/2021 17:02 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Policies & Documents | Viewed | DGS EE Handbook | | 10/25/2021 13:02:02 -04:00 |
| 10/25/2021 17:01 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Federal W-4 Revised 01/2021 | Signed | Signature | | Riovonni Avonte Bryant |
| 10/25/2021 17:01 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Georgia Tax Form G-4 (Rev. 02/15/2019) | Signed | Signature | | Riovonni Avonte Bryant |
| 10/25/2021 17:01 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Georgia Tax Form G-4 (Rev. 02/15/2019) | Updated | Exempt Reason | | Exempt From Tax |
| 10/25/2021 17:01 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Federal W-4 Revised 01/2021 | Updated | Single or Married filing separately | | Yes |
| 10/25/2021 17:01 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Federal W-4 Revised 01/2021 | Updated | Married filing jointly (or Qualifying widow(er)) | | No |
| 10/25/2021 17:01 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Federal W-4 Revised 01/2021 | Updated | Head of household | | No |
| 10/25/2021 17:01 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Federal W-4 Revised 01/2021 | Updated | Amount of child tax credits | | 0 |
| 10/25/2021 17:01 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Federal W-4 Revised 01/2021 | Updated | Number of other dependents | | 0 |
| 10/25/2021 17:01 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Federal W-4 Revised 01/2021 | Updated | Amount of other dependent tax credits | | 0 |
| 10/25/2021 17:01 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Federal W-4 Revised 01/2021 | Updated | Claim Dependents Total | | 0 |
| 10/25/2021 17:01 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Federal W-4 Revised 01/2021 | Updated | Are your paychecks subject to Federal income tax? | | FALSE |
| 10/25/2021 17:01 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Federal W-4 Revised 01/2021 | Updated | Do you hold more than one job at a time? | | N |
| 10/25/2021 17:01 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Federal W-4 Revised 01/2021 | Updated | If there are only two jobs total | | No |
| 10/25/2021 17:01 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Federal W-4 Revised 01/2021 | Updated | Is your income $200,000 or less? | | Y |
| 10/25/2021 16:59 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Direct Deposit | Updated | Account Type 1 | | Savings |
| 10/25/2021 16:59 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Direct Deposit | Updated | Account Number 1 | | **** |
| 10/25/2021 16:59 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Direct Deposit | Updated | Routing Number 1 | | **** |
| 10/25/2021 16:57 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Reasonable Accommodation | Updated | Are you requesting an accommodation to perform your job? | | No |
| 10/25/2021 16:56 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Disability Status (Form CC-305) 05/31/2023 | Updated | Today's Date | | 10/25/2021 |
| 10/25/2021 16:56 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Disability Status (Form CC-305) 05/31/2023 | Updated | Your Name | | Riovonni Bryant |
| 10/25/2021 16:56 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Disability Status (Form CC-305) 05/31/2023 | Updated | Do you have a disability? | | Yes, I Have A Disability, Or Have A History/Record Of Having A Disability |
| 10/25/2021 16:56 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Veteran Status | Updated | Are you a protected veteran? | | No |
| 10/25/2021 16:56 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Private Information | Updated | Marital Status | | Single |
| 10/25/2021 16:56 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Private Information | Updated | Race | | Black or African American |
| 10/25/2021 16:56 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Private Information | Updated | Ethnic Origin | | Not Hispanic/Latino |
| 10/25/2021 16:56 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Private Information | Updated | Gender | | Male |
| 10/25/2021 16:56 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Private Information | Updated | Date of Birth | | 7/17/1992 |
| 10/25/2021 16:56 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Private Information | Updated | SSN | | **** |
| 10/25/2021 16:55 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Emergency Contact | Updated | Phone Number | | 6167520533 |
| 10/25/2021 16:55 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Emergency Contact | Updated | First Name | | Gavari |
| 10/25/2021 16:55 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Emergency Contact | Updated | Last Name | | Walker |
| 10/25/2021 16:55 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Emergency Contact | Updated | Middle Name | | Brian |
| 10/25/2021 16:55 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Emergency Contact | Updated | Address Line 1 | | 115 eagles nest dr |
| 10/25/2021 16:55 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Emergency Contact | Updated | City | | Fayetteville |
| 10/25/2021 16:55 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Emergency Contact | Updated | Zip/Postal Code | | 30214 |
| 10/25/2021 16:55 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Emergency Contact | Updated | State/Province | | Georgia |
| 10/25/2021 16:55 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Emergency Contact | Updated | Country | | USA |
| 10/25/2021 16:55 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Emergency Contact | Updated | Phone Type | | Home |
| 10/25/2021 16:55 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Emergency Contact | Updated | Relationship | | Brother |
| 10/25/2021 16:54 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Contact Information | Updated | Middle Name | | Avonte |
| 10/25/2021 16:54 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Contact Information | Updated | Prefix | | Mr. |
| 10/25/2021 16:54 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Contact Information | Updated | Address Line 1 | | 115 eagles nest dr |
| 10/25/2021 16:54 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Contact Information | Updated | City | | Fayetteville |
| 10/25/2021 16:54 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Contact Information | Updated | Zip/Postal Code | | 30214 |
| 10/25/2021 16:54 | 679e2b03-c0e7-486c-9e72-fb492fb862fb | 205.232.11.242 | briovonni@yahoo.com | Riovonni Bryant | 97515f42-94ac-45f1-9e18-430bb4420b47 | Riovonni Avonte Bryant | Contact Information | Updated | State/Province | | Georgia |

| IP ADDRESS | USERNAME | USER | NEW HIRE ID | NEW HIRE | AREA | ACTION | FIELD | PREVIOUS | UPDATED |
|---|---|---|---|---|---|---|---|---|---|
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Policies & Documents | Acknowledged | 2022 Unifi Employee Handbook | | 04/13/2022 12:51:27 -04:00 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Policies & Documents | Viewed | 2022 Unifi Employee Handbook | | 04/13/2022 12:51:25 -04:00 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Policies & Documents | Signed | Arbitration Agreement | | Azarael Tutman |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Policies & Documents | Viewed | Arbitration Agreement | | 04/13/2022 12:51:21 -04:00 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Policies & Documents | Signed | 2022 Arbitration Agreement | | Azarael Tutman |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Policies & Documents | Viewed | 2022 Arbitration Agreement | | 04/13/2022 12:51:08 -04:00 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Policies & Documents | Acknowledged | New Hire Benefits Enrollment Information | | 04/13/2022 12:51:06 -04:00 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Policies & Documents | Viewed | New Hire Benefits Enrollment Information | | 04/13/2022 12:50:54 -04:00 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Policies & Documents | Acknowledged | Unifi 2022 Benefits Guide | | 04/13/2022 12:50:53 -04:00 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Policies & Documents | Viewed | Unifi 2022 Benefits Guide | | 04/13/2022 12:50:10 -04:00 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Policies & Documents | Acknowledged | Unifi 2022 Benefits Contact Information | | 04/13/2022 12:50:08 -04:00 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Policies & Documents | Viewed | Unifi 2022 Benefits Contact Information | | 04/13/2022 12:49:54 -04:00 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Policies & Documents | Acknowledged | Employment Eligibility - I-9 and WOTC | | 04/13/2022 12:49:51 -04:00 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Policies & Documents | Viewed | Employment Eligibility - I-9 and WOTC | | 04/13/2022 12:48:42 -04:00 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Georgia Tax Form G-4 (Rev. 02/15/2019) | Signed | Signature | | Azarael Tutman |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Federal W-4 Revised 01/2022 | Signed | Signature | | Azarael Tutman |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Georgia Tax Form G-4 (Rev. 02/15/2019) | Updated | Exempt Reason | | Exempt From Tax |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Federal W-4 Revised 01/2022 | Updated | Single or Married filing separately | | Yes |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Federal W-4 Revised 01/2022 | Updated | Married filing jointly (or Qualifying widow(er)) | | No |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Federal W-4 Revised 01/2022 | Updated | Head of household | | No |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Federal W-4 Revised 01/2022 | Updated | Number of qualifying children under age 17 | | 1 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Federal W-4 Revised 01/2022 | Updated | Amount of child tax credits | | 2000 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Federal W-4 Revised 01/2022 | Updated | Amount of other dependent tax credits | | 0 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Federal W-4 Revised 01/2022 | Updated | Claim Dependents Total | | 2000 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Federal W-4 Revised 01/2022 | Updated | Are your paychecks subject to Federal income tax? | | FALSE |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Federal W-4 Revised 01/2022 | Updated | Do you hold more than one job at a time? | | N |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Federal W-4 Revised 01/2022 | Updated | If there are only two jobs total | | No |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Federal W-4 Revised 01/2022 | Updated | Is your income $200,000 or less? | | Y |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Disability Status (Form CC-305) 05/31/2023 | Updated | Today's Date | | 4/13/2022 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Disability Status (Form CC-305) 05/31/2023 | Updated | Your Name | | Azarael Tutman |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Disability Status (Form CC-305) 05/31/2023 | Updated | Do you have a disability? | | No, I Don't Have A Disability, Or A History/Record Of Having A Disability |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Veteran Status | Updated | Are you a protected veteran? | | No |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Private Information | Updated | Marital Status | | Single |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Private Information | Updated | Race | | Black or African American |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Private Information | Updated | Ethnic Origin | | Not Hispanic/Latino |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Private Information | Updated | Gender | | Male |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Private Information | Updated | Date of Birth | | 1/30/1982 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Private Information | Updated | SSN | | **** |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Emergency Contact | Updated | Phone Number | | 7708995808 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Emergency Contact | Updated | First Name | | Shanta |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Emergency Contact | Updated | Last Name | | Tutman |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Emergency Contact | Updated | Address Line 1 | | 470 bolton rd |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Emergency Contact | Updated | City | | Atlanta |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Emergency Contact | Updated | Zip/Postal Code | | 30316 |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Emergency Contact | Updated | State/Province | | Georgia |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Emergency Contact | Updated | Country | | USA |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Emergency Contact | Updated | Phone Type | | Home |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Emergency Contact | Updated | Relationship | | Sister |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Contact Information | Updated | Preferred Name | | Azarael |
| 172.58.175.32 | TutmanAzarael@gmail.com | Azarael Tutman | da1a0ef3-12be-4a6e-994d-049abb664dd4 | Azarael Tutman | Contact Information | Updated | Address Line 1 | 925 tronry road | 925 Conley Road |

| SAVED (UTC) | USER ID | IP ADDRESS | USERNAME | USER | NEW HIRE ID | NEW HIRE | AREA | ACTION | FIELD | PREVIOUS | UPDATED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Policies & Documents | Acknowledged | Unifi 2021 Benefits Guide | | 10/11/2021 10:22:46 -04:00 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Policies & Documents | Acknowledged | DGS 2021 Benefits Contact Information | | 10/11/2021 10:22:42 -04:00 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Policies & Documents | Acknowledged | Employment Eligibility - I-9 and WOTC | | 10/11/2021 10:22:39 -04:00 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Policies & Documents | Acknowledged | DGS EE Handbook | | 10/11/2021 10:22:34 -04:00 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Policies & Documents | Acknowledged | New Hire Benefits Enrollment Information | | 10/11/2021 10:22:09 -04:00 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Policies & Documents | Viewed | New Hire Benefits Enrollment Information | | 10/11/2021 10:21:56 -04:00 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Policies & Documents | Viewed | Unifi 2021 Benefits Guide | | 10/11/2021 10:21:47 -04:00 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Policies & Documents | Viewed | DGS 2021 Benefits Contact Information | | 10/11/2021 10:21:36 -04:00 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Policies & Documents | Viewed | Employment Eligibility - I-9 and WOTC | | 10/11/2021 10:21:24 -04:00 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Policies & Documents | Viewed | DGS EE Handbook | | 10/11/2021 10:21:21 -04:00 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Policies & Documents | Signed | Arbitration Agreement | | Brandon Tarik McKinney |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Policies & Documents | Viewed | Arbitration Agreement | | 10/11/2021 10:21:07 -04:00 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Georgia Tax Form G-4 (Rev. 02/15/2019) | Signed | Signature | | Brandon Tarik McKinney |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Federal W-4 Revised 01/2021 | Signed | Signature | | Brandon Tarik McKinney |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Georgia Tax Form G-4 (Rev. 02/15/2019) | Updated | Exempt Reason | | Exempt From Tax |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Federal W-4 Revised 01/2021 | Updated | Single or Married filing separately | | Yes |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Federal W-4 Revised 01/2021 | Updated | Married filing jointly (or Qualifying widow(er)) | | No |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Federal W-4 Revised 01/2021 | Updated | Head of household | | No |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Federal W-4 Revised 01/2021 | Updated | Amount of child tax credits | | 0 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Federal W-4 Revised 01/2021 | Updated | Amount of other dependent tax credits | | 0 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Federal W-4 Revised 01/2021 | Updated | Claim Dependents Total | | 0 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Federal W-4 Revised 01/2021 | Updated | Are your paychecks subject to Federal income tax? | | FALSE |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Federal W-4 Revised 01/2021 | Updated | Do you hold more than one job at a time? | | N |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Federal W-4 Revised 01/2021 | Updated | If there are only two jobs total | | No |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Federal W-4 Revised 01/2021 | Updated | Is your income $200,000 or less? | | N |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Direct Deposit | Updated | Account Type 1 | | Checking |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Direct Deposit | Updated | Account Number 1 | | **** |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Direct Deposit | Updated | Routing Number 1 | | **** |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Disability Status (Form CC-305) 05/31/2023 | Updated | Today's Date | | 10/11/2021 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Disability Status (Form CC-305) 05/31/2023 | Updated | Your Name | | Brandon McKinney |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 205.232.11.241 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Disability Status (Form CC-305) 05/31/2023 | Updated | Do you have a disability? | | No, I Don't Have A Disability, Or A History/Record Of Having A Disability |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.6.248 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Veteran Status | Updated | Are you a protected veteran? | | No |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Private Information | Updated | Marital Status | | |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Private Information | Updated | Race | | Black or African American |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Private Information | Updated | Ethnic Origin | | Not Hispanic/Latino |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Private Information | Updated | Gender | | Male |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Private Information | Updated | Date of Birth | | 9/21/2002 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Private Information | Updated | SSN | | **** |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Emergency Contact | Updated | Phone Number | | 7708376314 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Emergency Contact | Updated | First Name | | Sabrina |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Emergency Contact | Updated | Last Name | | Webb |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Emergency Contact | Updated | Middle Name | | Meshone |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Emergency Contact | Updated | Address Line 1 | | 2987 Forrest park rd se |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Emergency Contact | Updated | City | | Atlanta |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Emergency Contact | Updated | Zip/Postal Code | | 30354 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Emergency Contact | Updated | County | | Fulton |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Emergency Contact | Updated | State/Province | | Georgia |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Emergency Contact | Updated | Country | | USA |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Emergency Contact | Updated | Phone Type | | Home |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Emergency Contact | Updated | Relationship | | Parent |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Contact Information | Updated | Address Line 1 | 3051 lumby drive apt 428 | 2987 Forrest park rd se |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Contact Information | Updated | City | Decatur | Atlanta |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Contact Information | Updated | Zip/Postal Code | 30034 | 30354 |
| 10/11/2021 | 3080cb21-0044-43e0-869b-2375c2816cd2 | 172.58.3.227 | mckinneybrandon58@gmail.com | Brandon McKinney | 141bd649-8a39-47ef-8ebc-5cf27076fcb4 | Brandon Tarik McKinney | Contact Information | Updated | County | | Fulton |

EXHIBIT 3

**Personal Information**

- forms:PDF.DisabilityStatus2006.FullName
  *Signed by Riovonni Avonte Bryant 10/25/2021*

**Pay & Tax Forms (2)**

- Federal Tax Form W-4
  *Signed by Riovonni Avonte Bryant 10/25/2021*

- Georgia Tax Form G-4
  *Signed by Riovonni Avonte Bryant 10/25/2021*

**Policies and Documents (6)**

- Arbitration Agreement
  *Signed by Riovonni Avonte Bryant 10/25/2021*

- DGS 2021 Benefits Contact Information
  *Acknowledged by Riovonni Avonte Bryant 10/25/2021*

- DGS EE Handbook
  *Acknowledged by Riovonni Avonte Bryant 10/25/2021*

- Employment Eligibility - I-9 and WOTC
  *Acknowledged by Riovonni Avonte Bryant 10/25/2021*

- New Hire Benefits Enrollment Information
  *Acknowledged by Riovonni Avonte Bryant 10/25/2021*

- Unifi 2021 Benefits Guide
  *Acknowledged by Riovonni Avonte Bryant 10/25/2021*

**Personal Information**

- forms:PDF.DisabilityStatus2006.FullName
  *Signed by Brandon Tarik McKinney 10/11/2021*

**Pay & Tax Forms (2)**

- Federal Tax Form W-4
  *Signed by Brandon Tarik McKinney 10/11/2021*

- Georgia Tax Form G-4
  *Signed by Brandon Tarik McKinney 10/11/2021*

**Policies and Documents (6)**

- Arbitration Agreement
  *Signed by Brandon Tarik McKinney 10/11/2021*

- DGS 2021 Benefits Contact Information
  *Acknowledged by Brandon Tarik McKinney 10/11/2021*

- DGS EE Handbook
  *Acknowledged by Brandon Tarik McKinney 10/11/2021*

- Employment Eligibility - I-9 and WOTC
  *Acknowledged by Brandon Tarik McKinney 10/11/2021*

- New Hire Benefits Enrollment Information
  *Acknowledged by Brandon Tarik McKinney 10/11/2021*

- Unifi 2021 Benefits Guide
  *Acknowledged by Brandon Tarik McKinney 10/11/2021*

## Personal Information

- forms:PDF.DisabilityStatus2006.FullName
  *Signed by Azarael Tutman 04/13/2022*

## Pay & Tax Forms (2)

- Federal Tax Form W-4
  *Signed by Azarael Tutman 04/13/2022*

- Georgia Tax Form G-4
  *Signed by Azarael Tutman 04/13/2022*

## Policies and Documents (7)

- 2022 Arbitration Agreement
  *Signed by Azarael Tutman 04/13/2022*

- 2022 Unifi Employee Handbook
  *Acknowledged by Azarael Tutman 04/13/2022*

- Arbitration Agreement
  *Signed by Azarael Tutman 04/13/2022*

- Employment Eligibility - I-9 and WOTC
  *Acknowledged by Azarael Tutman 04/13/2022*

- New Hire Benefits Enrollment Information
  *Acknowledged by Azarael Tutman 04/13/2022*

- Unifi 2022 Benefits Contact Information
  *Acknowledged by Azarael Tutman 04/13/2022*

- Unifi 2022 Benefits Guide
  *Acknowledged by Azarael Tutman 04/13/2022*