# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

RIOVONNI BRYANT; BRANDON MCKINNEY; EMILY PADILLA; and AZARAEL TUTMAN, individually and on behalf of similarly situated persons,

Plaintiffs,

v.

UNIFI AVIATION, LLC,

Defendant.

CIVIL ACTION FILE NO:
1:24-CV-04141-AT

## DECLARATION OF EMILY PADILLA

1. I, Emily Padilla, provide this Declaration voluntarily for use in the case of *Bryant et al. v. Unifi Aviation, LLC*, Civil Action No. 1:24-CV-04141-AT. I am over 18 years of age and have no impairment, either physical or mental, which would prevent me from presenting a truthful and accurate Declaration or which would render me incompetent to testify.

2. I currently work for Unifi Aviation, LLC ("Unifi") at Hartsfield-Jackson Atlanta International Airport as a Customer Service Lead.

3. I was hired by Unifi on or around August, 2022 as a Wheelchair Agent. I worked as a Wheelchair Agent for approximately one year, and then I was promoted to Customer Service Lead. I currently work as a Customer Service Lead on the International terminal.

1

4. When I was a Wheelchair Agent, I loaded and unloaded passengers and their baggage on and off airplanes on a daily basis. As a Customer Service Lead, I load and unload passengers and their baggage on and off airplanes on a daily basis.

5. The primary job duty of a Unifi Wheelchair Agent is transporting passengers through the airport to their gate and onto and off airplanes operated by Delta Airlines.

6. Unifi Customer Service Leads have additional duties, such as setting up wheelchairs at the gate and pre-boarding wheelchairs onto the jet bridge. However, there are not enough Wheelchair Agents working at the airport, so Customer Service Leads fill in and perform the duties of Wheelchair Agents virtually every day.

7. The vast majority of the passengers that are loaded on and off airplanes by Wheelchair Agents and Customer Service Leads bring with them at least one piece of carry-on baggage.

8. Passengers that are loaded and unloaded on and off Delta airplanes by Wheelchair Agents and Customer Service Leads fly interstate and international routes.

9. When loading passengers and their baggage onto airplanes, a Wheelchair Agent or Customer Service Lead pushes the wheelchair bound

passenger and their baggage from the gate, down the jet bridge, to the airplane. If the passenger needs assistance boarding the plane, the Customer Service Lead or Wheelchair Agent walks the passenger to their seat and assists them to store their baggage under their seat and/or in the overhead baggage compartment.

10. When passengers are immobile (e.g., paralyzed), protocol is that at least two Unifi workers have to load and unload the passenger on and off of the airplane. Protocol is for one Customer Service Lead and one Wheelchair Agent to load and unload each immobile passenger, but sometimes a Wheelchair Agent is not available, so two Customer Service Leads load and unload the passenger.

11. With an immobile passenger, Customer Service Leads and Wheelchair Agents must lift the passenger out of the wheelchair at the bottom of the jet bridge and place them into an "aisle chair." Customer Service Leads and Wheelchair Agents then wheel the aisle chair onto the airplane. Once they reach the passenger's assigned seat, they lift the passenger into their seat, store their baggage into the overhead compartment, and wheel the aisle chair off of the airplane. Depending on the weight of the passenger, it can take up to five or six Customer Service Leads and/or Wheelchair Agents to complete this process.

12. As a Customer Service Lead, I load and unload passengers and their baggage on and off airplanes every day. Approximately every other day I load and unload immobile passengers and their baggage on and off airplanes.

13. I know that all Wheelchair Agents that work for Unifi at Hartsfield-Jackson Atlanta International Airport perform the functions described above because I was a Wheelchair Agent for one year and I work alongside Wheelchair Agents every day and personally observe them perform these functions.

14. I know that all Customer Service Leads that work for Unifi at Hartsfield-Jackson Atlanta International Airport perform the functions described above because I have been a Customer Service Lead for approximately one year and I work alongside other Customer Service Leads every day and personally observe them perform these functions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 1st day of November, 2024.

_____
Emily Padilla