**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **RIOVONNI BRYANT, BRANDON MCKINNEY, EMILY PADILLA, and AZAREL TUTMAN, individually and on behalf of all other similarly situated persons,** | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:24-cv-04141-AT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| **Plaintiffs,** | |
| **v.** | |
| **UNIFI AVIATION, LLC,** | |
| **Defendant.** | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A THREE-PAGE SUR SUR-REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION**

Defendant Unifi Aviation, LLC, ("Unifi" or "Defendant"), hereby moves this Court for leave to file a three-page sur-surreply in support of its motion to compel arbitration.

## I.    INTRODUCTION

Plaintiffs filed their unopposed Motion for Leave to file a surreply on December 4, 2024, to address arguments made in Unifi's reply in support of its Motion to Compel Arbitration.  Unifi did not oppose Plaintiffs' Motion for Leave, and now requests leave to briefly respond to Plaintiffs' surreply.

## II.    ARGUMENT

On Friday, December 6, 2024, defense counsel e-mailed Plaintiffs' counsel a draft of Defendant's three-page brief and asked if Plaintiffs would oppose Defendant's filing the three-page brief with the understanding Defendant would not oppose Plaintiffs' responding to it. See

Exhibit A.  Plaintiffs' counsel notified defense counsel that he intends to oppose Defendant's

three-page filing because he does "not believe there is any basis for such a filing." Id.  Even a

cursory review of Defendant's three-page sur-surreply demonstrates there is indeed a basis for the

filing.

As noted in Plaintiffs' Motion for Leave, the relevant Local Rules do not speak to the issue

of surreplies.  As such, the Court has wide discretion to decide whether to permit such filings.

*Biotronik, Inc. v. W.H. Wall Family Holdings LLLP*, N.D.Ga. No. 1:21-CV-01124-SCJ, 2021 U.S.

Dist. LEXIS 272417 (Oct. 20, 2021). Likewise, the Court has further discretion to allow parties to

respond to surreplies.  The purpose of Unifi's sur-surreply is not to prejudice either party, or to

cause unnecessary briefing or delay. Rather, the purpose is to briefly address issues that Defendant

believes would materially assist the Court in ruling on the pending motion.  As such, Unifi

respectfully moves this Court for leave to file a three-page sur-surreply in support of its Motion to

Compel Arbitration.

Respectfully submitted,

THOMPSON HINE LLP

*/s/ John F. Wymer, III*
John F. Wymer, III
Georgia Bar No. 779418
John.Wymer@ThompsonHine.com
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA 30326-4266
Tel.: 404.407-3669
Fax: 404.541.2905

*/s/ Michael J. Myers*
Michael J. Myers
*Pro Hac Vice Pending*
(OH Bar No. 0096367)
THOMPSON HINE LLP

312 Walnut Street, Suite 2000
Cincinnati, Ohio  45202
Telephone: (513) 352-6721
Facsimile: (513) 241-477
Michael.Myers@ThompsonHine.com


*Attorneys for Defendant, Unifi Aviation, LLC*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December 2024, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing documents is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

Michael B. Shoenfeld, Esq.
STNAFORD FAGAN LLC
2540 Lakewood Avenue SW
Atlanta, GA 30315
(404) 662-0521, ext. 2244
Email: michaels@sfglawyers.com


*Counsel for Plaintiff*


                                    */s/ John F. Wymer, III*
                                    John F. Wymer, III
                                    Georgia Bar No. 779418